



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 31 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Johnathan N. Mosley
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Aurora Police Dept
Buckle (store inside mall)
fox valley center Security
Officer Penrod #210 Aurora PD
Officer fancsali #212 AuroraPD
City of Aurora

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:24-cv-04532
Judge LaShonda A. Hunt
Magistrate Judge Jeffrey Cole
RANDOM / CAT 3
PC 9

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Johnathan N. Mosley

B. List all aliases: _____

C. Prisoner identification number: 23-4920

D. Place of present confinement: Will County Adult Det. Facility

E. Address: 95 S. Chicago St Joliet IL 60432

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Aurora Police Dept

Title: _____

Place of Employment: _____

B. Defendant: Buckle (store inside Fox Valley Mall)

Title: _____

Place of Employment: Fox Valley Mall

C. Defendant: Fox Valley Center Security

Title: Mall Security

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendants

D. Defendant: officer Penrod #210
   Title: officer
   Place of employment: Aurora police Dept

E. Defendant: officer Fanesali #212
   Title: officer
   Place of employment: Aurora police Dept

F. Defendant: city of aurora

3 5

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 27, 2022 the plaintiff was shopping at a store name "Buckle" in the city of Aurora IL mall known as "Fox Valley Mall". The plaintiff bought one pair of Jeans and existed the store. While walking through the mall the plaintiff and his friend was approached and stopped by a aurora PD officer, whom demanded the plaintiff and friend follow him back to the clothing store Buckle. (The plaintiff at this point was detained by aurora PD.) While in the store buckle employees stated the plaintiff knocked clothes off of Display and threated them. This did not actually happen. The aurora Police officer then Demanded the plaintiff follow him to the security office, where the plaintiff was met with 3 aurora security mall gaurds and 2 additional Aurora police officers. The plaintiff asked multiple times in the Buckle store and

4

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

in the security office to leave the store but security and Aurora PD would not let the plaintiff leave. After being illegal Detained for over a hour the plaintiff was set free with out any tickets and/or citations. The plaintiff was illegally Detained by aurora PD, Fox valley mall security. And the listed Defendants violated the Plaintiffs 4 amendment and used excessive force and illegally Detained the plaintiff for no reason at all but do to the color of his skin which is black, which is racial discrimination.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

5 million dollars, punitive damages, emotional distress

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 24, 20 24

jmosley
(Signature of plaintiff or plaintiffs)

Johnathan N. Mosley
(Print name)

23-4920
(I.D. Number)

95 S. Chicago St Joliet IL 60434
(Address)

6

Revised 9/2007

Legal Mail

Jonathan N. Mosley
WCADF
95 S. chicago st
Joliet IL 60436

U.S. District court
219 S. Dearborn St
Chicago IL 60604

60604-180093



05/31/2024-2



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2022